IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

THOMAS WATERS                                                                                          PLAINTIFF

VS.                                    NO. 3:00CV00118 JTR

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                                DEFENDANT

## JUDGMENT

Consistent with the Memorandum and Order entered on this day, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ADJUDGED this 28th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE